**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: )
)
Angela Walker, ) Chapter 13
Debtor. )
)
) Case No.  20-12023
)

**Order Granting Additional Time to File Chapter 13 Schedules, Statement of Affairs
and Chapter 13 Plan**

It is hereby ORDERED that the Debtor's Motion to Extend Time to File Documents is GRANTED. The Debtor(s) shall have  xxxxxxxxADDITIONALxDAYS, until ____May 19th_____ ,2020, to file her chapter 13 schedules, statement of affairs, means test and chapter 13 plan.

*[signature]*

**Date: May 1, 2020**

_____
U.S. BANKRUPTCY JUDGE

Date:

{00379671;v1}