United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Angela Walker  
Angela Walker  
    Debtors

Case No. 20-12023-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: May 04, 2020  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2020.  
db/db        #+Angela Walker,    Angela Walker,    925 County Line Road,    Bryn Mawr, PA 19010-3102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2020 at the address(es) listed below:  
       GEORGETTE    MILLER     on behalf of Debtor Angela  Walker mlee@margolisedelstein.com,  
       georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com  
       REBECCA ANN SOLARZ     on behalf of Creditor    CSMC 2019-RPL7 Trust bkgroup@kmllawgroup.com  
       SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                              TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| Angela Walker, ) | Chapter 13 |
| Debtor. ) | |
| ) | Case No. 20-12023 |
| ) | |

**Order Granting Additional Time to File Chapter 13 Schedules, Statement of Affairs and Chapter 13 Plan**

It is hereby ORDERED that the Debtor's Motion to Extend Time to File Documents is GRANTED. The Debtor(s) shall have __xxxxxxxx~~ADDITIONAL DAYS~~__, until _____May 19th_____ ,2020, to file her chapter 13 schedules, statement of affairs, means test and chapter 13 plan.

**Date: May 1, 2020**

_____
U.S. BANKRUPTCY JUDGE

Date:

{00379671;v1}