# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
Angela T Walker M.D.                      |Personnel Number..... 00734785
925 County Line Rd                        |Labor & Industry Pyrl Area 3
Bryn Mawr PA  19010                       |Pay Period.. 12/07/2019 - 12/20/2019
                                          |Fed Tax Status: Single
                                          |Fed Tax Allowances: 01   Period: 01/2020
B/U:T4    Group:03    Level:11            |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | 0.00 = | 5,487.75 | + | 0.00 | - | 1,153.12 | - | 4,334.63 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 73.17 | 75.00 | 5,487.75 | 5,487.75 |
| Total Gross | | | 5,487.75 | 5,487.75 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal       Federal | | |
| TX Withholding Tax | 518.35 | 518.35 |
| TX EE Social Security Tax | 331.00 | 331.00 |
| TX EE Medicare Tax | 77.41 | 77.41 |
| State          Pennsylvania | | |
| TX Withholding Tax | 163.90 | 163.90 |
| TX EE Unemployment Tax | 3.29 | 3.29 |
| Local          Harrisburg | | |
| TX Withholding Tax | 53.39 | 53.39 |
| TX Local Services Tax | 5.78 | 5.78 |
| EE Taxes | 1,153.12 | 1,153.12 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 137.19 | 137.19 |
| MED Buy Up/Base Cost | 11.87 | 11.87 |
| Deferred Compensation | 2,085.35 | 2,085.35 |
| PDA Union Dues | 46.15 | 46.15 |
| Roth 457 | 1,711.09 | 1,711.09 |
| Full Cov Class A3/Cat 0 | 342.98 | 342.98 |
| Total Deductions | 4,334.63 | 4,334.63 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount | |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| | |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 331.00 |
| TX ER Medicare Tax | 77.41 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 49.39 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,367.55 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,910.36 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

Payroll Area    Z3

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Angela T Walker M.D.              | Personnel Number..... 00734785
| 925 County Line Rd                | Labor & Industry Pyrl Area 3
| Bryn Mawr PA  19010               | Pay Period.. 11/09/2019 - 11/22/2019
|                                   | Fed Tax Status: Single
|                                   | Fed Tax Allowances: 01   Period: 25/2019
| B/U:T4    Group:03   Level:11     |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds |
|---|---|---|---|---|---|---|---|---|---|
| 12/06/2019 | 0.00 | = | 5,328.00 | + | 0.00 | - | 789.89 | - | 4,538.11 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 71.04 | 58.75 | 4,173.60 | 110,027.20 |
| Annual Leave Pay | 71.04 | 1.25 | 88.80 | 10,267.41 |
| Paid-Office Closing | | | | 1,586.48 |
| Sick Leave Pay | 71.04 | 7.50 | 532.80 | 5,399.04 |
| FMLA/SPF Sick | | | | 923.52 |
| Holiday/Comp lieu Holiday | 71.04 | 7.50 | 532.80 | 4,772.85 |
| Overpayment Offset Amt | | | | 905.76 |
| Phys Quality Assur-Retent | | | | 10,000.00 |
| Total Gross | | | 5,328.00 | 143,882.26 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal   Federal | | |
| TX Withholding Tax | 494.58 | 18,114.27 |
| TX EE Social Security Tax | | 8,239.80 |
| TX EE Medicare Tax | 75.16 | 2,020.70 |
| State   Pennsylvania | | |
| TX Withholding Tax | 159.12 | 4,278.37 |
| TX EE Unemployment Tax | 3.20 | 85.79 |
| Local   Harrisburg | | |
| TX Withholding Tax | 51.83 | 1,393.60 |
| TX Local Services Tax | 6.00 | 150.00 |
| EE Taxes | 789.89 | 34,282.53 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 133.20 | 3,324.42 |
| MED Buy Up/Base Cost | 11.87 | 293.73 |
| Deferred Compensation | 2,024.64 | 16,469.97 |
| Deferred Comp Catch-up | | 3,000.00 |
| Short Term Dis Ins | 17.89 | 546.89 |
| Critical Illness Ins | | 1,302.19 |
| Overpayment recovery Amt | | 905.76 |
| PDA Union Dues | 46.15 | 969.19 |
| Roth 457 | 1,971.36 | 10,305.35 |
| Roth 457 Catch-up | | 3,000.00 |
| Garnish: Creditor | | 4,295.35 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| | Amount | Year To Date |
|---|---|---|
| Garnish: State Tax Levy | | 5,510.47 |
| Full Cov Class A3/Cat 0 | 333.00 | 8,936.04 |
| **Total Deductions** | 4,838.11 | 58,859.36 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount | |
|---|---|---|

| Direct Deposit Bank / Check | Amount | |
|---|---|---|

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Medicare Tax | 75.16 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 230.00 | |
| ER Workers Comp Benefit | 47.95 | |
| PR Choice PPO | 486.00 | |
| BR-SERS | 1,327.74 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 2,825.29 | |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Angela T Walker M.D.                    Personnel Number..... 00734785
925 County Line Rd                      Labor & Industry Pyrl Area 3
Bryn Mawr PA  19010                     Pay Period.. 11/23/2019 - 12/06/2019
                                        Fed Tax Status: Single
                                        Fed Tax Allowances: 01   Period: 26/2019
B/U:T4    Group:03    Level:11
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 12/20/2019 | 1,009.70 | = | 7,165.14 | + | 0.00 | − | 1,263.21 | − | 4,892.23 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 73.17 | 56.58 | 4,139.96 | 115,360.23 |
| Annual Leave Pay | 73.17 | 3.42 | 250.24 | 10,855.00 |
| Paid-Office Closing | | | | 1,506.88 |
| Sick Leave Pay | | | | 5,454.43 |
| FMLA/SPF Sick | | | | 951.21 |
| Holiday/Comp lieu Holiday | 73.17 | 15.00 | 1,097.55 | 5,934.29 |
| Overpayment Offset Amt | | | | 905.76 |
| Phys Quality Assur-Retent | | | | 10,000.00 |
| Total Gross | | | 5,487.75 | 151,047.40 |
| Difference prev. Period | | | 1,677.39 | |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal       Federal | | |
| TX Withholding Tax | 867.95 | 18,982.22 |
| TX EE Social Security Tax | | 8,239.80 |
| TX EE Medicare Tax | 101.12 | 2,121.92 |
| State       Pennsylvania | | |
| TX Withholding Tax | 214.11 | 4,492.48 |
| TX EE Unemployment Tax | 4.29 | 90.08 |
| Local       Harrisburg | | |
| TX Withholding Tax | 69.74 | 1,463.34 |
| TX Local Services Tax | 6.00 | 156.00 |
| EE Taxes | 1,263.21 | 35,545.74 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 179.09 | 3,503.51 |
| MED Buy Up/Base Cost | 11.87 | 305.60 |
| Deferred Compensation | 2,085.35 | 18,555.32 |
| Deferred Comp Catch-up | | 3,000.00 |
| Short Term Dis Ins | 23.00 | 569.89 |
| Critical Illness Ins | 68.53 | 1,370.72 |
| Overpayment recovery Amt | | 905.76 |
| PDA Union Dues | 46.15 | 1,015.34 |
| Roth 457 | 2,030.47 | 12,335.82 |
| Roth 457 Catch-up | | 3,000.00 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

|  |  |  |
|---|---|---|
| Garnish: Creditor |  | 4,295.35 |
| Garnish: State Tax Levy |  | 5,510.47 |
| Full Cov Class A3/Cat 0 | 447.77 | 9,383.81 |
| Total Deductions | 4,892.23 | 63,751.59 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
|  |  |  |

| Reimbursements | Amount |
|---|---|
|  |  |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,009.70 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Medicare Tax | 101.12 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 64.49 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,785.36 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 4,441.06 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Angela T Walker M.D.                    Personnel Number..... 00734785
925 County Line Rd                      Labor & Industry Pyrl Area 3
Bryn Mawr PA  19010                     Pay Period... 12/07/2019 - 12/20/2019
                                        Fed Tax Status: Single
                                        Fed Tax Allowances: 01   Period: 01/2020
B/U:T4    Group:03    Level:11
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | 0.00 | = | 5,487.75 | + | 0.00 | - | 1,153.12 | - | 4,334.63 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 73.17 | 75.00 | 5,487.75 | 5,487.75 |
| Total Gross | | | 5,487.75 | 5,487.75 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal        Federal | | |
| TX Withholding Tax | 518.35 | 518.35 |
| TX EE Social Security Tax | 331.00 | 331.00 |
| TX EE Medicare Tax | 77.41 | 77.41 |
| State        Pennsylvania | | |
| TX Withholding Tax | 163.90 | 163.90 |
| TX EE Unemployment Tax | 3.29 | 3.29 |
| Local        Harrisburg | | |
| TX Withholding Tax | 53.39 | 53.39 |
| TX Local Services Tax | 5.78 | 5.78 |
| EE Taxes | 1,153.12 | 1,153.12 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 137.19 | 137.19 |
| MED Buy Up/Base Cost | 11.87 | 11.87 |
| Deferred Compensation | 2,085.35 | 2,085.35 |
| PDA Union Dues | 46.15 | 46.15 |
| Roth 457 | 1,711.09 | 1,711.09 |
| Full Cov Class A3/Cat 0 | 342.98 | 342.98 |
| Total Deductions | 4,334.63 | 4,334.63 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| | |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 331.00 |
| TX ER Medicare Tax | 77.41 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 49.39 |
| ER Choice PPO | 486.00 |
| ER-SERS | 1,367.55 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,910.36 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z3 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Angela T Walker M.D.                         Personnel Number.....: 00734785
925 County Line Rd                           Labor & Industry Pyrl Area 3
Bryn Mawr PA  19010                          Pay Period.. 12/21/2019 - 01/03/2020
                                             Fed Tax Status: Single
                                             Fed Tax Allowances: 01   Period: 02/2020
B/U:T4    Group:03    Level:11
```

| Pay Date   | Payment Amount | = | Gross    | + | Reim. | - | Taxes    | - | Deds.    |
|------------|----------------|---|----------|---|-------|---|----------|---|----------|
| 01/17/2020 | 0.00           | = | 5,487.75 | + | 0.00  | - | 1,152.93 | - | 4,334.82 |

| Gross Current Pay        | Rate  | Hrs/Unt | Amount   | Year To Date |
|--------------------------|-------|---------|----------|--------------|
| Normal working hours     | 73.17 | 33.00   | 2,414.61 | 7,902.36     |
| Annual Leave Pay         | 73.17 | 15.00   | 1,097.55 | 1,097.55     |
| Paid-Office Closing      | 73.17 | 8.00    | 585.36   | 585.36       |
| Sick Leave Pay           | 73.17 | 4.00    | 292.68   | 292.68       |
| Holiday/Comp lieu Holiday| 73.17 | 15.00   | 1,097.55 | 1,097.55     |
| Total Gross              |       |         | 5,487.75 | 10,975.50    |

| Taxes                    | Amount   | Year To Date |
|--------------------------|----------|--------------|
| Federal        Federal   |          |              |
| TX Withholding Tax       | 518.23   | 1,036.58     |
| TX EE Social Security Tax| 330.96   | 661.96       |
| TX EE Medicare Tax       | 77.40    | 154.81       |
| State        Pennsylvania|          |              |
| TX Withholding Tax       | 163.88   | 327.78       |
| TX EE Unemployment Tax   | 3.30     | 6.59         |
| Local         Harrisburg |          |              |
| TX Withholding Tax       | 53.38    | 106.77       |
| TX Local Services Tax    | 5.78     | 11.56        |
| EE Taxes                 | 1,152.93 | 2,306.05     |

| Deductions              | Amount   | Year To Date |
|-------------------------|----------|--------------|
| EE PreTx MED Pct        | 137.19   | 274.38       |
| MED Buy Up/Base Cost    | 12.43    | 24.30        |
| Deferred Compensation   | 2,085.35 | 4,170.70     |
| PDA Union Dues          | 46.15    | 92.30        |
| Roth 457                | 1,710.72 | 3,421.81     |
| Full Cov Class A3/Cat D | 342.98   | 685.96       |
| Total Deductions        | 4,334.82 | 8,669.45     |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|
|                       |        |              |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| | |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 330.96 |
| TX ER Medicare Tax | 77.40 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 49.39 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,367.55 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,909.80 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | 23 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
Angela T Walker M.D.                    Personnel Number..... 00734785
925 County Line Rd                      Labor & Industry Pyrl Area 3
Bryn Mawr PA  19010                     Pay Period.. 01/04/2020 - 01/17/2020
                                        Fed Tax Status: Single
                                        Fed Tax Allowances: 01   Period: 03/2020
B/U:T4    Group:03    Level:11
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | 0.00 | * | 5,487.75 | + | 0.00 | - | 1,152.94 | - | 4,334.81 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 73.17 | 70.92 | 5,189.21 | 13,091.57 |
| Annual Leave Pay | | | | 1,097.55 |
| Paid-Office Closing | | | | 585.36 |
| Sick Leave Pay | 73.17 | 0.58 | 42.44 | 335.12 |
| FMLA/SPF Sick | 73.17 | 3.50 | 256.10 | 256.10 |
| Holiday/Comp lieu Holiday | | | | 1,097.55 |
| Total Gross | | | 5,487.75 | 16,463.25 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal    Federal | | |
| TX Withholding Tax | 518.23 | 1,554.81 |
| TX EE Social Security Tax | 330.97 | 992.93 |
| TX EE Medicare Tax | 77.41 | 232.22 |
| State    Pennsylvania | | |
| TX Withholding Tax | 163.88 | 491.66 |
| TX EE Unemployment Tax | 3.29 | 9.88 |
| Local    Harrisburg | | |
| TX Withholding Tax | 53.38 | 160.15 |
| TX Local Services Tax | 5.78 | 17.34 |
| EE Taxes | 1,152.94 | 3,458.99 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 137.19 | 411.57 |
| MED Buy Up/Base Cost | 12.43 | 36.73 |
| Deferred Compensation | 2,085.35 | 6,256.05 |
| PDA Union Dues | 46.15 | 138.45 |
| Roth 457 | 1,710.71 | 5,132.52 |
| Full Cov Class A3/Cat 0 | 342.98 | 1,028.94 |
| Total Deductions | 4,334.81 | 13,004.26 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| | |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 330.97 |
| TX ER Medicare Tax | 77.41 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 49.39 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,367.55 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,909.80 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z3 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

*[handwritten annotations in margins: "processing occurs when every other Tuesday", "CROWN Exposure", "Prudential Mutual", arrows]*

```
Angela T Walker M.D.                    Personnel Number..... 00734785
926 County Line Rd                      Labor & Industry Pyrl Area 3
Bryn Mawr PA  19010                     Pay Period.. 02/01/2020 - 02/14/2020
                                        Fed Tax Status: Single
                                        Fed Tax Allowances  01    Period: 05/2020
B/U:T4    Group:03   Level:11
```

| Pay Date   | Payment Amount = | Gross    | + | Reim. | - | Taxes    | - | Deds.    |
|------------|------------------|----------|---|-------|---|----------|---|----------|
| 02/28/2020 | 269.43           | 5,487.75 | + | 0.00  | - | 1,354.02 | - | 3,864.30 |

| Gross Current Pay       | Rate  | Hrs/Unit | Amount    | Year To Date |
|-------------------------|-------|----------|-----------|--------------|
| Normal working hours    | 73.17 | 7.50     | 548.78    | 17,957.38    |
| Annual Leave Pay        | 73.17 | 60.00    | 4,390.20  | 6,109.70     |
| Paid-Office Closing     |       |          |           | 585.36       |
| Sick Leave Pay          | 73.17 | 7.50     | 548.77    | 883.89       |
| FMLA/SPF Sick           |       |          |           | 256.10       |
| Holiday/Comp Lieu Holiday |     |          |           | 1,646.32     |
| Total Gross             |       |          | 5,487.75  | 27,438.75    |

| Taxes                        | Amount   | Year To Date |
|------------------------------|----------|--------------|
| Federal      Federal         |          |              |
| TX Withholding Tax           | 719.32   | 2,993.45     |
| TX EE Social Security Tax    | 330.97   | 1,654.86     |
| TX EE Medicare Tax           | 77.40    | 387.02       |
| State        Pennsylvania    |          |              |
| TX Withholding Tax           | 163.88   | 819.42       |
| TX EE Unemployment T.        | 3.29     | 16.46        |
| Local        Harrisburg      |          |              |
| TX Withholding Tax           | 53.38    | 266.91       |
| TX Local Services Tax        | .78      | 28.90        |
| EE Taxes                     | 1,354.02 | 6,167.02     |

| Deductions              | Amount   | Year To Date |
|-------------------------|----------|--------------|
| EE PreTx MED Pct        | 137.19   | 685.95       |
| MED Buy Up/Base Cost    | 12.33    | 61.59        |
| Deferred Compensation   | 1,201.00 | 8,658.05     |
| Short Term Dis Ins      | 25.55    | 51.11        |
| Critical Illness Ins    | 68.53    | 137.06       |
| PDA Union Dues          | 46.15    | 230.75       |
| Roth 457                | 2,030.47 | 9,193.46     |
| Full Cov Class A3/Cat 0 | 342.98   | 1,714.90     |
| Total Deductions        | 3,864.30 | 20,732.87    |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|

*[handwritten: 228197]*

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 269.43 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 330.97 |
| TX ER Medicare Tax | 77.40 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 49.39 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,367.55 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 3,794.15 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

Payroll Area    Z3

Gaudenzia, Inc.  
Payee    **Angela Walker**    398673  
Vendor ID **walkan**    Account #:    01/17/2020

| Invoice | Invoice Date | Description | Amount |
|---|---|---|---|
| walkan191221 | 1/9/2020 | 1/9 Consult Svcs 12/8-12/14, 12/15-12/21... | $1,740.00 |
| walkan200111 | 1/13/2020 | 1/13 Consult Svcs 1/5-1/11 BUCKS | $870.00 |

Total :    $2,610.00

---

Gaudenzia, Inc.  
Payee    **Angela Walker**    400008  
Vendor ID **walkan**    Account #:    02/14/2020

| Invoice | Invoice Date | Description | Amount |
|---|---|---|---|
| walkan200201 | 1/31/2020 | 2/3 Consult Svcs 1/26-2/1 BUCKS | $870.00 |

Total :    $870.00

---

Gaudenzia, Inc.  
Payee    **Angela Walker**    399170  
Vendor ID **walkan**    Account #:    01/31/2020

| Invoice | Invoice Date | Description | Amount |
|---|---|---|---|
| walkan200125 | 1/27/2020 | 1/27 Consult Svcs 1/19-1/25 BUCKS | $580.00 |

Total :    $580.00

**Gaudenzia, Inc.**  
Payee **Angela Walker**  
Vendor ID **walkan**  
Account #:  

398429  
01/10/2020

| Invoice | Invoice Date | Description | Amount |
|---|---|---|---|
| walkan200104 | 12/31/2019 | 1/4 Consult Svcs 12/29-1/4 BUCKS | $1,015.00 |

Total : $1,015.00

---

**Gaudenzia, Inc.**  
Payee **Angela Walker**  
Vendor ID **walkan**  
Account #:  

400592  
03/02/2020

| Invoice | Invoice Date | Description | Amount |
|---|---|---|---|
| walkan200122 | 2/24/2020 | 2/24 Consult Svcs 2/22 BUCKS | $290.00 |

Total : $290.00

---

**Angela Walker**  
Vendor ID **walkan**  
Account #:  

401032  
03/18/2020

| Invoice | Invoice Date | Description | Amount |
|---|---|---|---|
| walkan200307 | 3/7/2020 | 3/7 Consult Serv 3/1-3/7 Bucks | $1,050.00 |

Total : $1,050.00

```
Angela T Walker M.D.                    Personnel Number..... 00734785
925 County Line Rd                      Labor & Industry Pyrl Area 3
Bryn Mawr PA  19010                     Pay Period.. 02/15/2020 - 02/29/2020
                                        Fed Tax Status: Single
B/U:T4    Group:03    Level:11          Fed Tax Allowances: 01   Period: 06/2020
```

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Dedc. |
|---|---|---|---|---|---|
| 03/13/2020 | 0.00 | 5,487.75 | 0.00 | 1,354.03 | 4,133.72 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 73.17 | 67.50 | 4,938.98 | 22,896.36 |
| Annual Leave Pay | | | | 6,109.70 |
| Paid-Office Closing | | | | 585.36 |
| Sick Leave Pay | | | | 883.89 |
| FMLA/SPF Sick | | | | 256.10 |
| Holiday/Comp lieu Holiday | 73.17 | 7.50 | 548.77 | 2,195.09 |
| Total Gross | | | 5,487.75 | 32,926.50 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 719.32 | 3,712.77 |
| TX EE Social Security Tax | 330.96 | 1,985.82 |
| TX EE Medicare Tax | 77.41 | 464.43 |
| State         Pennsylvania | | |
| TX Withholding Tax | 163.88 | 983.30 |
| TX EE Unemployment Tax | 3.30 | 19.76 |
| Local          Harrisburg | | |
| TX Withholding Tax | 53.38 | 320.29 |
| TX Local Services Tax | 5.78 | 34.68 |
| EE Taxes | 1,354.03 | 7,521.05 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pot | 137.19 | 823.14 |
| MED Buy Up/Base Cost | 12.43 | 74.02 |
| Deferred Compensation | 1,201.00 | 9,859.05 |
| Short Term Dis Ins | | 51.11 |
| Critical Illness Ins | | 137.06 |
| FOA Union Dues | 46.15 | 276.90 |
| Roth 457 | 1,845.19 | 11,038.68 |
| Garnish: State Tax Levy | 548.78 | 548.78 |
| Full Cov Class A3/Cat 0 | 342.98 | 2,057.88 |
| Total Deductions | 4,133.72 | 24,866.59 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 330.96 |
| TX ER Medicare Tax | 77.41 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 49.39 |
| ER Choice PPO | 486.00 |
| ER-SERS | 1,367.55 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 3,794.15 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| Garnish: State Tax Levy | 5,937.75 | 548.78 | 5,388.97 |

```
Angela T Walker M.D.                    Personnel Number..... 00734785
925 County Line Rd                      Labor & Industry Pyrl Area 3
Bryn Mawr PA  19010                     Pay Period.. 02/29/2020 - 03/13/2020
                                        Fed Tax Status: Single
                                        Fed Tax Allowances: 01   Period: 07/2020
B/U:T4    Group:03    Level:11
```

| Pay Date | Payment Amount = | Gross | + | Rein. - | Taxes - | Deds. |
|---|---|---|---|---|---|---|
| 03/27/2020 | 0.00 = | 5,487.75 | + | 0.00 - | 1,354.01 - | 4,133.74 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 73.17 | 67.50 | 4,938.98 | 27,835.34 |
| Annual Leave Pay | | | | 6,109.70 |
| Paid-Office Closing | | | | 585.36 |
| Sick Leave Pay | 73.17 | 7.50 | 548.77 | 1,432.66 |
| FMLA/SPF Sick | | | | 256.10 |
| Holiday/Comp lieu Holiday | | | | 2,195.09 |
| Total Gross | | | 5,487.75 | 38,414.25 |

| Taxes | Amount | Year To Date |
|---|---|---|
| **Federal**     Federal | | |
| TX Withholding Tax | 719.32 | 4,432.09 |
| TX EE Social Security Tax | 330.96 | 2,316.78 |
| TX EE Medicare Tax | 77.40 | 541.83 |
| **State**     Pennsylvania | | |
| TX Withholding Tax | 163.88 | 1,147.18 |
| TX EE Unemployment Tax | 3.29 | 23.05 |
| **Local**     Harrisburg | | |
| TX Withholding Tax | 53.38 | 373.67 |
| TX Local Services Tax | 5.78 | 40.46 |
| EE Taxes | 1,354.01 | 8,875.06 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pot | 137.19 | 960.33 |
| MED Buy Up/Base Cost | 12.43 | 86.45 |
| Deferred Compensation | 1,201.00 | 11,060.05 |
| Short Term Dis Ins | | 51.11 |
| Critical Illness Ins | | 137.06 |
| PDA Union Dues | 46.15 | 323.05 |
| Roth 457 | 1,845.21 | 12,883.86 |
| Garnish: State Tax Levy | 548.78 | 1,097.56 |
| Full Cov Class A3/Cat 0 | 342.98 | 2,400.86 |
| Total Deductions | 4,133.74 | 29,000.33 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 330.96 |
| TX ER Medicare Tax | 77.40 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 49.39 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,367.85 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 3,794.15 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| Garnish: State Tax Levy | 5,937.75 | 1,097.56 | 4,840.19 |

```
Angela T Walker M.D.                    Personnel Number..... 00734785
925 County Line Rd                      Labor & Industry Pyrl Area 3
Bryn Mawr PA  19010                     Pay Period.. 03/14/2020 - 03/27/2020
                                        Fed Tax Status: Single
                                        Fed Tax Allowances: 01   Period: 08/2020
B/U:T4   Group:03   Level:11
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 04/10/2020 | 0.00 | = | 5,487.75 | + | 0.00 | − | 1,354.02 | − | 4,133.73 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 73.17 | 75.00 | 5,487.75 | 33,323.09 |
| Annual Leave Pay | | | | 6,109.70 |
| Paid-Office Closing | | | | 585.36 |
| Sick Leave Pay | | | | 1,432.66 |
| FMLA/SPF Sick | | | | 256.10 |
| Holiday/Comp lieu Holiday | | | | 2,195.09 |
| Total Gross | | | 5,487.75 | 43,902.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal      Federal | | |
| TX Withholding Tax | 719.32 | 5,151.41 |
| TX EE Social Security Tax | 330.97 | 2,647.75 |
| TX EE Medicare Tax | 77.40 | 619.23 |
| State         Pennsylvania | | |
| TX Withholding Tax | 163.88 | 1,311.06 |
| TX EE Unemployment Tax | 3.29 | 26.34 |
| Local         Harrisburg | | |
| TX Withholding Tax | 53.38 | 427.05 |
| TX Local Services Tax | 5.78 | 46.24 |
| EE Taxes | 1,354.02 | 10,229.08 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 137.19 | 1,097.52 |
| MED Buy Up/Base Cost | 12.43 | 98.88 |
| Deferred Compensation | 1,201.00 | 12,261.05 |
| Short Term Dis Ins | | 51.11 |
| Critical Illness Ins | | 137.06 |
| PDA Union Dues | 46.15 | 369.20 |
| Roth 457 | 1,845.20 | 14,729.06 |
| Garnish: State Tax Levy | 548.78 | 1,646.34 |
| Full Cov Class A3/Cat 0 | 342.98 | 2,743.84 |
| Total Deductions | 4,133.73 | 33,134.06 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| | | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 330.97 | |
| TX ER Medicare Tax | 77.40 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 230.00 | |
| ER Workers Comp Benefit | 49.39 | |
| PR Choice PPO | 486.00 | |
| ER-SERS | 1,367.55 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 3,794.15 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| Garnish: State Tax Levy | 5,937.75 | 1,646.34 | 4,291.41 |

```
Angela T Walker M.D.                    Personnel Number..... 00734785
925 County Line Rd                      Labor & Industry Pyrl Area 3
Bryn Mawr PA  19010                     Pay Period.. 03/28/2020 - 04/10/2020
                                        Fed Tax Status: Single
                                        Fed Tax Allowances: 01   Period: 09/2020
B/U:T4    Group:03    Level:11
```

| Pay Date | Payment Amount = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|
| 04/24/2020 | 292.63 = | 5,586.75 | + | 0.00 − | | 1,387.07 − | | 3,907.05 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 74.82 | 36.50 | 2,730.93 | 30,017.49 |
| Annual Leave Pay | | | | 6,109.70 |
| Paid-Office Closing | 73.17 | 15.00 | 1,097.55 | |
| Paid-Office Closing | 74.82 | 22.50 | 1,683.45 | 9,402.89 |
| Sick Leave Pay | 74.82 | 1.00 | 74.82 | 1,507.48 |
| FMLA/SPF Sick | | | | 256.10 |
| Holiday/Comp lieu Holiday | | | | 2,195.09 |
| Total Gross | | | 5,586.75 | 49,488.75 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal    Federal | | |
| TX Withholding Tax | 741.00 | 5,892.41 |
| TX EE Social Security Tax | 336.95 | 2,984.70 |
| TX EE Medicare Tax | 78.80 | 698.03 |
| State    Pennsylvania | | |
| TX Withholding Tax | 166.84 | 1,477.90 |
| TX EE Unemployment Tax | 3.35 | 29.69 |
| Local    Harrisburg | | |
| TX Withholding Tax | 54.35 | 461.40 |
| TX Local Services Tax | 5.78 | 52.02 |
| EE Taxes | 1,387.07 | 11,616.15 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 139.67 | 1,237.19 |
| MED Buy Up/Base Cost | 12.43 | 111.31 |
| Deferred Compensation | 1,201.00 | 13,462.05 |
| Short Term Dis Ins | 23.00 | 74.11 |
| Critical Illness Ins | 68.53 | 205.59 |
| FDA Union Dues | 46.15 | 415.35 |
| Roth 457 | 2,067.10 | 16,796.16 |
| Garnish: State Tax Levy | | 1,646.34 |
| Full Cov Class A3/Cat 0 | 349.17 | 3,093.01 |
| Total Deductions | 3,907.05 | 37,041.11 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 292.63 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 336.95 |
| TX ER Medicare Tax | 78.80 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 50.28 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,392.22 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 3,984.48 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|