# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
Angela T Walker M.D.                |Personnel Number..... 00734785
925 County Line Rd                  |Labor & Industry Pyrl Area 3
Bryn Mawr PA  19010                 |Pay Period.. 11/09/2019 - 11/22/2019
                                    |Fed Tax Status: Single
                                    |Fed Tax Allowances: 01   Period: 25/2019
B/U:T4     Group:03    Level:11     |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 12/06/2019 | 0.00 = | 5,328.00 | + | 0.00 | - | 789.89 | - | 4,538.11 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 71.04 | 58.75 | 4,173.60 | 110,027.20 |
| Annual Leave Pay | 71.04 | 1.25 | 88.80 | 10,267.41 |
| Paid-Office Closing | | | | 1,586.48 |
| Sick Leave Pay | 71.04 | 7.50 | 532.80 | 5,399.04 |
| FMLA/SPF Sick | | | | 923.52 |
| Holiday/Comp lieu Holiday | 71.04 | 7.50 | 532.80 | 4,772.85 |
| Overpayment Offset Amt | | | | 905.76 |
| Phys Quality Assur-Retent | | | | 10,000.00 |
| Total Gross | | | 5,328.00 | 143,882.26 |

| Taxes | | Amount | Year To Date |
|-------|---|--------|--------------|
| Federal | Federal | | |
| TX Withholding Tax | | 494.58 | 18,114.27 |
| TX EE Social Security Tax | | | 8,239.80 |
| TX EE Medicare Tax | | 75.16 | 2,020.70 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 159.12 | 4,278.37 |
| TX EE Unemployment Tax | | 3.20 | 85.79 |
| Local | Harrisburg | | |
| TX Withholding Tax | | 51.83 | 1,393.60 |
| TX Local Services Tax | | 6.00 | 150.00 |
| EE Taxes | | 789.89 | 34,282.53 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| EE PreTx MED Pct | 133.20 | 3,324.42 |
| MED Buy Up/Base Cost | 11.87 | 293.73 |
| Deferred Compensation | 2,024.64 | 16,469.97 |
| Deferred Comp Catch-up | | 3,000.00 |
| Short Term Dis Ins | 17.89 | 546.89 |
| Critical Illness Ins | | 1,302.19 |
| Overpayment recovery Amt | | 905.76 |
| PDA Union Dues | 46.15 | 969.19 |
| Roth 457 | 1,971.36 | 10,305.35 |
| Roth 457 Catch-up | | 3,000.00 |
| Garnish: Creditor | | 4,295.35 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| Garnish: State Tax Levy | | 5,510.47 |
| Full Cov Class A3/Cat 0 | 333.00 | 8,936.04 |
| Total Deductions | 4,538.11 | 58,859.36 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| | | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Medicare Tax | 75.16 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 230.00 | |
| ER Workers Comp Benefit | 47.95 | |
| PR Choice PPO | 486.00 | |
| ER-SERS | 1,327.74 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 2,825.29 | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Angela T Walker M.D.                    |Personnel Number..... 00734785
|925 County Line Rd                      |Labor & Industry Pyrl Area 3
|Bryn Mawr PA  19010                     |Pay Period.. 11/23/2019 - 12/06/2019
|                                        |Fed Tax Status: Single
|                                        |Fed Tax Allowances: 01    Period: 26/2019
|B/U:T4     Group:03    Level:11         |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 12/20/2019 | 1,009.70 = | 7,165.14 | + | 0.00 | - | 1,263.21 | - | 4,892.23 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 73.17 | 56.58 | 4,139.96 | 115,360.23 |
| Annual Leave Pay | 73.17 | 3.42 | 250.24 | 10,855.00 |
| Paid-Office Closing | | | | 1,586.48 |
| Sick Leave Pay | | | | 5,454.43 |
| FMLA/SPF Sick | | | | 951.21 |
| Holiday/Comp lieu Holiday | 73.17 | 15.00 | 1,097.55 | 5,934.29 |
| Overpayment Offset Amt | | | | 905.76 |
| Phys Quality Assur-Retent | | | | 10,000.00 |
| Total Gross | | | 5,487.75 | 151,047.40 |
| Difference prev. Period | | | 1,677.39 | |

| Taxes | Amount | Year To Date |
|-------|--------|--------------|
| Federal          Federal | | |
| TX Withholding Tax | 867.95 | 18,982.22 |
| TX EE Social Security Tax | | 8,239.80 |
| TX EE Medicare Tax | 101.12 | 2,121.82 |
| State          Pennsylvania | | |
| TX Withholding Tax | 214.11 | 4,492.48 |
| TX EE Unemployment Tax | 4.29 | 90.08 |
| Local          Harrisburg | | |
| TX Withholding Tax | 69.74 | 1,463.34 |
| TX Local Services Tax | 6.00 | 156.00 |
| EE Taxes | 1,263.21 | 35,545.74 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| EE PreTx MED Pct | 179.09 | 3,503.51 |
| MED Buy Up/Base Cost | 11.87 | 305.60 |
| Deferred Compensation | 2,085.35 | 18,555.32 |
| Deferred Comp Catch-up | | 3,000.00 |
| Short Term Dis Ins | 23.00 | 569.89 |
| Critical Illness Ins | 68.53 | 1,370.72 |
| Overpayment recovery Amt | | 905.76 |
| PDA Union Dues | 46.15 | 1,015.34 |
| Roth 457 | 2,030.47 | 12,335.82 |
| Roth 457 Catch-up | | 3,000.00 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| Garnish: Creditor | | 4,295.35 |
| Garnish: State Tax Levy | | 5,510.47 |
| Full Cov Class A3/Cat 0 | 447.77 | 9,383.81 |

| | | |
|---|---|---|
| Total Deductions | 4,892.23 | 63,751.59 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,009.70 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Medicare Tax | 101.12 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 64.49 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,785.56 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 4,441.06 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Angela T Walker M.D. | Personnel Number..... 00734785 |
| 925 County Line Rd | Labor & Industry Pyrl Area 3 |
| Bryn Mawr PA  19010 | Pay Period.. 12/07/2019 - 12/20/2019 |
| | Fed Tax Status: Single |
| | Fed Tax Allowances: 01   Period: 01/2020 |
| B/U:T4    Group:03    Level:11 | |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 01/03/2020 | 0.00 = | 5,487.75 | + | 0.00 | - | 1,153.12 | - | 4,334.63 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 73.17 | 75.00 | 5,487.75 | 5,487.75 |
| Total Gross | | | 5,487.75 | 5,487.75 |

| Taxes | Amount | Year To Date |
|-------|--------|--------------|
| Federal          Federal | | |
| TX Withholding Tax | 518.35 | 518.35 |
| TX EE Social Security Tax | 331.00 | 331.00 |
| TX EE Medicare Tax | 77.41 | 77.41 |
| State          Pennsylvania | | |
| TX Withholding Tax | 163.90 | 163.90 |
| TX EE Unemployment Tax | 3.29 | 3.29 |
| Local          Harrisburg | | |
| TX Withholding Tax | 53.39 | 53.39 |
| TX Local Services Tax | 5.78 | 5.78 |
| EE Taxes | 1,153.12 | 1,153.12 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| EE PreTx MED Pct | 137.19 | 137.19 |
| MED Buy Up/Base Cost | 11.87 | 11.87 |
| Deferred Compensation | 2,085.35 | 2,085.35 |
| PDA Union Dues | 46.15 | 46.15 |
| Roth 457 | 1,711.09 | 1,711.09 |
| Full Cov Class A3/Cat 0 | 342.98 | 342.98 |
| Total Deductions | 4,334.63 | 4,334.63 |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|
| | | |

| Reimbursements | Amount |
|----------------|--------|
| | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| | |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 331.00 |
| TX ER Medicare Tax | 77.41 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 49.39 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,367.55 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,910.36 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

Payroll Area      Z3

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Angela T Walker M.D.                |Personnel Number..... 00734785
|925 County Line Rd                  |Labor & Industry Pyrl Area 3
|Bryn Mawr PA  19010                 |Pay Period.. 12/21/2019 - 01/03/2020
|                                    |Fed Tax Status: Single
|                                    |Fed Tax Allowances: 01   Period: 02/2020
|B/U:T4    Group:03    Level:11      |
|
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2020 | 0.00  = | 5,487.75 | + | 0.00 | - | 1,152.93 | - | 4,334.82 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 73.17 | 33.00 | 2,414.61 | 7,902.36 |
| Annual Leave Pay | 73.17 | 15.00 | 1,097.55 | 1,097.55 |
| Paid-Office Closing | 73.17 | 8.00 | 585.36 | 585.36 |
| Sick Leave Pay | 73.17 | 4.00 | 292.68 | 292.68 |
| Holiday/Comp lieu Holiday | 73.17 | 15.00 | 1,097.55 | 1,097.55 |
| Total Gross | | | 5,487.75 | 10,975.50 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 518.23 | 1,036.58 |
| TX EE Social Security Tax | 330.96 | 661.96 |
| TX EE Medicare Tax | 77.40 | 154.81 |
| State          Pennsylvania | | |
| TX Withholding Tax | 163.88 | 327.78 |
| TX EE Unemployment Tax | 3.30 | 6.59 |
| Local          Harrisburg | | |
| TX Withholding Tax | 53.38 | 106.77 |
| TX Local Services Tax | 5.78 | 11.56 |
| EE Taxes | 1,152.93 | 2,306.05 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 137.19 | 274.38 |
| MED Buy Up/Base Cost | 12.43 | 24.30 |
| Deferred Compensation | 2,085.35 | 4,170.70 |
| PDA Union Dues | 46.15 | 92.30 |
| Roth 457 | 1,710.72 | 3,421.81 |
| Full Cov Class A3/Cat 0 | 342.98 | 685.96 |
| Total Deductions | 4,334.82 | 8,669.45 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount | |
|---|---|---|
| | | |
| | | |
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| | | |
| | | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 330.96 | |
| TX ER Medicare Tax | 77.40 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 230.00 | |
| ER Workers Comp Benefit | 49.39 | |
| PR Choice PPO | 486.00 | |
| ER-SERS | 1,367.55 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 2,909.80 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |
| | | | |

| Payroll Area | Z3 | |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Angela T Walker M.D.                    |Personnel Number..... 00734785
|925 County Line Rd                      |Labor & Industry Pyrl Area 3
|Bryn Mawr PA  19010                     |Pay Period.. 01/04/2020 - 01/17/2020
|                                        |Fed Tax Status: Single
|                                        |Fed Tax Allowances: 01   Period: 03/2020
|B/U:T4    Group:03    Level:11          |
|                                        |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|-----------------|-------|---|-------|---|-------|---|-------|
| 01/31/2020 | 0.00 = | 5,487.75 | + | 0.00 | - | 1,152.94 | - | 4,334.81 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 73.17 | 70.92 | 5,189.21 | 13,091.57 |
| Annual Leave Pay | | | | 1,097.55 |
| Paid-Office Closing | | | | 585.36 |
| Sick Leave Pay | 73.17 | 0.58 | 42.44 | 335.12 |
| FMLA/SPF Sick | 73.17 | 3.50 | 256.10 | 256.10 |
| Holiday/Comp lieu Holiday | | | | 1,097.55 |
| Total Gross | | | 5,487.75 | 16,463.25 |

| Taxes | | Amount | Year To Date |
|-------|--|--------|--------------|
| Federal | Federal | | |
| TX Withholding Tax | | 518.23 | 1,554.81 |
| TX EE Social Security Tax | | 330.97 | 992.93 |
| TX EE Medicare Tax | | 77.41 | 232.22 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 163.88 | 491.66 |
| TX EE Unemployment Tax | | 3.29 | 9.88 |
| Local | Harrisburg | | |
| TX Withholding Tax | | 53.38 | 160.15 |
| TX Local Services Tax | | 5.78 | 17.34 |
| EE Taxes | | 1,152.94 | 3,458.99 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| EE PreTx MED Pct | 137.19 | 411.57 |
| MED Buy Up/Base Cost | 12.43 | 36.73 |
| Deferred Compensation | 2,085.35 | 6,256.05 |
| PDA Union Dues | 46.15 | 138.45 |
| Roth 457 | 1,710.71 | 5,132.52 |
| Full Cov Class A3/Cat 0 | 342.98 | 1,028.94 |
| Total Deductions | 4,334.81 | 13,004.26 |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| | |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 330.97 |
| TX ER Medicare Tax | 77.41 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 49.39 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,367.55 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,909.80 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z3 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Angela T Walker M.D. | Personnel Number..... 00734785 |
| 925 County Line Rd | Labor & Industry Pyrl Area 3 |
| Bryn Mawr PA  19010 | Pay Period.. 02/01/2020 - 02/14/2020 |
| | Fed Tax Status: Single |
| | Fed Tax Allowances 01  Period: 05/2020 |
| B/U:T4   Group:03   Level:11 | |

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 02/28/2020 | 269.43 = | 5,487.75 + | 0.00 - | 1,354.02 - | 3,864.30 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 73.17 | 7.50 | 548.78 | 17,957.38 |
| Annual Leave Pay | 73.17 | 60.00 | 4,390.20 | 6,109.70 |
| Paid-Office Closing | | | | 585.36 |
| Sick Leave Pay | 73.17 | 7.50 | 548.77 | 883.89 |
| FMLA/SPF Sick | | | | 256.10 |
| Holiday/Comp lieu Holiday | | | | 1,646.32 |
| Total Gross | | | 5,487.75 | 27,438.75 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 719.32 | 2,993.45 |
| TX EE Social Security Tax | 330.97 | 1,654.86 |
| TX EE Medicare Tax | 77.40 | 387.02 |
| State          Pennsylvania | | |
| TX Withholding Tax | 163.80 | 819.43 |
| TX EE Unemployment T.~ | 3.29 | 16.46 |
| Local          Harrisburg | | |
| TX Withholding Tax | 53.38 | 266.91 |
| TX Local Services Tax | .78 | 28.98 |
| EE Taxes | 1,354.02 | 6,167.02 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 137.19 | 685.95 |
| MED Buy Up/Base Cost | 12.43 | 61.59 |
| Deferred Compensation | 1,201.00 | 8,658.05 |
| Short Term Dis Ins | 25.55 | 51.11 |
| Critical Illness Ins | 68.53 | 137.06 |
| PDA Union Dues | 46.15 | 230.75 |
| Roth 457 | 2,038.47 | 9,193.46 |
| Full Cov Class A3/Cat 0 | 342.98 | 1,714.98 |
| Total Deductions | 3,864.30 | 20,732.87 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
| --- | --- |

| Direct Deposit Bank / Check | Amount |
| --- | --- |
| Net Payment | 269.43 |

| State Paid Benefits | Amount |
| --- | --- |
| TX ER Social Security Tax | 330.97 |
| TX ER Medicare Tax | 77.40 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 49.39 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,367.55 |

| Federal Taxable Wages | Amount |
| --- | --- |
| Current Period Results | 3,794.15 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
| --- | --- | --- | --- |

Payroll Area      Z3

Angela T Walker M.D.
925 County Line Rd
Bryn Mawr PA  19010

Personnel Number.. 00734789
Labor Dist.. 02/2
Pay Period.. 02/29/2020 - 03/13/2020
Fed Tax Status: Single
Fed Tax Allowances: 01    Period: 07/2020

B/U:T4      Group:03     Level:11

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 03/27/2020 | 0.00 = | 5,487.75 | + | 0.00 | - | 1,354.01 | - | 4,133.74 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 73.17 | 67.50 | 4,938.98 | 27,835.34 |
| Annual Leave Pay | | | | 6,109.70 |
| Paid-Office Closing | | | | 585.36 |
| Sick Leave Pay | 73.17 | 7.50 | 548.77 | 1,432.66 |
| FMLA/SPF Sick | | | | 256.10 |
| Holiday/Comp lieu Holiday | | | | 2,195.09 |
| Total Gross | | | 5,487.75 | 38,414.25 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 719.32 | 4,432.09 |
| TX EE Social Security Tax | 330.96 | 2,316.78 |
| TX EE Medicare Tax | 77.40 | 541.83 |
| State          Pennsylvania | | |
| TX Withholding Tax | 163.88 | 1,147.18 |
| TX EE Unemployment Tax | 3.29 | 23.05 |
| Local          Harrisburg | | |
| TX Withholding Tax | 53.38 | 373.67 |
| TX Local Services Tax | 5.78 | 40.46 |
| EE Taxes | 1,354.01 | 8,875.06 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 137.19 | 960.33 |
| MED Buy Up/Base Cost | 12.43 | 86.45 |
| Deferred Compensation | 1,201.00 | 11,060.05 |
| Short Term Dis Ins | | 51.11 |
| Critical Illness Ins | | 137.06 |
| PDA Union Dues | 46.15 | 323.05 |
| Roth 457 | 1,845.21 | 12,883.86 |
| Garnish: State Tax Levy | 548.78 | 1,097.56 |
| Full Cov Class A3/Cat 0 | 342.98 | 2,400.86 |
| Total Deductions | 4,133.74 | 29,000.33 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| | |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 330.96 |
| TX ER Medicare Tax | 77.40 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 49.39 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,367.55 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 3,794.15 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| Garnish: State Tax Levy | 5,937.75 | 1,097.56 | 4,840.19 |

Angela T Walker M.D.
925 County Line Rd
Bryn Mawr PA  19010

Personnel Number... 09234285
Labor & Industry Payroll Area US
Pay Period.. 02/15/2020 - 02/28/2020
Fed Tax Status: Single
Fed Tax Allowances: 01    Period: 06/2020

B/U:T4    Group:03    Level:11

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 03/13/2020 | 0.00  = | 5,487.75 | + | 0.00 | - | 1,354.03 | - | 4,133.72 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 73.17 | 67.50 | 4,938.98 | 22,896.36 |
| Annual Leave Pay | | | | 6,109.70 |
| Paid-Office Closing | | | | 585.36 |
| Sick Leave Pay | | | | 883.89 |
| FMLA/SPF Sick | | | | 256.10 |
| Holiday/Comp lieu Holiday | 73.17 | 7.50 | 548.77 | 2,195.09 |
| Total Gross | | | 5,487.75 | 32,926.50 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal       Federal | | |
| TX Withholding Tax | 719.32 | 3,712.77 |
| TX EE Social Security Tax | 330.96 | 1,985.82 |
| TX EE Medicare Tax | 77.41 | 464.43 |
| State       Pennsylvania | | |
| TX Withholding Tax | 163.88 | 983.30 |
| TX EE Unemployment Tax | 3.30 | 19.76 |
| Local       Harrisburg | | |
| TX Withholding Tax | 53.38 | 320.29 |
| TX Local Services Tax | 5.78 | 34.68 |
| EE Taxes | 1,354.03 | 7,521.05 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Fct | 137.19 | 823.14 |
| MED Buy Up/Base Cost | 12.43 | 74.02 |
| Deferred Compensation | 1,201.00 | 9,859.05 |
| Short Term Dis Ins | | 51.11 |
| Critical Illness Ins | | 137.06 |
| PDA Union Dues | 46.15 | 276.90 |
| Roth 457 | 1,845.19 | 11,038.65 |
| Garnish: State Tax Levy | 548.78 | 548.78 |
| Full Cov Class A3/Cat 0 | 342.98 | 2,057.88 |
| Total Deductions | 4,133.72 | 24,866.59 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| | |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 330.96 |
| TX ER Medicare Tax | 77.41 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 49.39 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,367.55 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 3,794.15 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| Garnish: State Tax Levy | 5,937.75 | 548.78 | 5,388.97 |

```
Angela T Walker Rd                 Personnel Number: 00734785
925 County Line Rd                 Labor Agreement Pyr Date: 9
Bryn Mawr PA  19010                Pay Period.  03/28/2020 - 04/10/2020
                                   Fed Tax Status: Single
B/U:T4    Group:03    Level:11     Fed Tax Allowances: 01    Period: 09/2020
```

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 04/24/2020 | 292.63 = | 5,586.75 + | 0.00 - | 1,387.07 - | 3,907.05 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 74.82 | 36.50 | 2,730.93 | 30,017.49 |
| Annual Leave Pay | | | | 6,109.70 |
| Paid-Office Closing | 73.17 | 15.00 | 1,097.55 | |
| Paid-Office Closing | 74.82 | 22.50 | 1,683.45 | 9,402.89 |
| Sick Leave Pay | 74.82 | 1.00 | 74.82 | 1,507.48 |
| FMLA/SPF Sick | | | | 256.10 |
| Holiday/Comp lieu Holiday | | | | 2,195.09 |
| Total Gross | | | 5,586.75 | 49,488.75 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 741.00 | 5,892.41 |
| TX EE Social Security Tax | 336.95 | 2,984.70 |
| TX EE Medicare Tax | 78.80 | 698.03 |
| State          Pennsylvania | | |
| TX Withholding Tax | 166.84 | 1,477.90 |
| TX EE Unemployment Tax | 3.35 | 29.69 |
| Local          Harrisburg | | |
| TX Withholding Tax | 54.35 | 481.40 |
| TX Local Services Tax | 5.78 | 52.02 |
| EE Taxes | 1,387.07 | 11,616.15 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 139.67 | 1,237.19 |
| MED Buy Up/Base Cost | 12.43 | 111.31 |
| Deferred Compensation | 1,201.00 | 13,462.05 |
| Short Term Dis Ins | 23.00 | 74.11 |
| Critical Illness Ins | 68.53 | 205.59 |
| PDA Union Dues | 46.15 | 415.35 |
| Roth 457 | 2,067.10 | 16,796.16 |
| Garnish: State Tax Levy | | 1,646.34 |
| Full Cov Class A3/Cat 0 | 349.17 | 3,093.01 |
| Total Deductions | 3,907.05 | 37,041.11 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 292.63 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 336.95 |
| TX ER Medicare Tax | 78.80 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 50.28 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,392.22 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 3,884.48 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

Angela T Walker M.D.
925 County Line Rd
Bryn Mawr PA  19010

Personnel Number ....: 00734768
Labor Authority/Pyri Page
Pay Period.. 03/14/2020 - 03/27/2020
Fed Tax Status: Single
Fed Tax Allowances: 01      Period: 08/2020

B/U:T4      Group:03      Level:11

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 04/10/2020 | 0.00 | = | 5,487.75 | + | 0.00 | - | 1,354.02 | - | 4,133.73 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 73.17 | 75.00 | 5,487.75 | 33,323.09 |
| Annual Leave Pay | | | | 6,109.70 |
| Paid-Office Closing | | | | 585.36 |
| Sick Leave Pay | | | | 1,432.66 |
| FMLA/SPF Sick | | | | 256.10 |
| Holiday/Comp lieu Holiday | | | | 2,195.09 |
| Total Gross | | | 5,487.75 | 43,902.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 719.32 | 5,151.41 |
| TX EE Social Security Tax | 330.97 | 2,647.75 |
| TX EE Medicare Tax | 77.40 | 619.23 |
| State          Pennsylvania | | |
| TX Withholding Tax | 163.88 | 1,311.06 |
| TX EE Unemployment Tax | 3.29 | 26.34 |
| Local          Harrisburg | | |
| TX Withholding Tax | 53.38 | 427.05 |
| TX Local Services Tax | 5.78 | 46.24 |
| EE Taxes | 1,354.02 | 10,229.08 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 137.19 | 1,097.52 |
| MED Buy Up/Base Cost | 12.43 | 98.88 |
| Deferred Compensation | 1,201.00 | 12,261.05 |
| Short Term Dis Ins | | 51.11 |
| Critical Illness Ins | | 137.06 |
| PDA Union Dues | 46.15 | 369.20 |
| Roth 457 | 1,845.20 | 14,729.06 |
| Garnish: State Tax Levy | 548.78 | 1,646.34 |
| Full Cov Class A3/Cat 0 | 342.98 | 2,743.84 |
| Total Deductions | 4,133.73 | 33,134.06 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| | |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 330.97 |
| TX ER Medicare Tax | 77.40 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 49.39 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,367.55 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 3,794.15 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| Garnish: State Tax Levy | 5,937.75 | 1,646.34 | 4,291.41 |

```
Angela T Walker M.D.                          Personnel Number..... 00734785
925 County Line Rd                           Labor & Industry Pyrl Area 3
Bryn Mawr PA  19010                          Pay Period.. 04/11/2020 - 04/24/2020
                                             Fed Tax Status: Single
                                             Fed Tax Allowances: 01   Period: 10/2020
B/U:T4      Group:03      Level:11
```

| Pay Date | Payment Amount = | Gross | + | Reim. | – | Taxes | – | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 05/08/2020 | 2,320.62 = | 9,925.80 | + | 0.00 | – | 1,443.58 | – | 6,161.60 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | | Year To Date |
|-------------------|------|---------|--------|---|--------------|
| Normal working hours | 74.82 | 75.00 | 5,611.50 | | 35,628.99 |
| Annual Leave Pay | | | | | 6,109.70 |
| Paid-Office Closing | | | | | 9,402.89 |
| Sick Leave Pay | | | | | 1,507.48 |
| FMLA/SPF Sick | | | | | 256.10 |
| Holiday/Comp lieu Holiday | | | | | 2,195.09 |
| Non Txbl Reimbursement | | | 4,314.30 | | |
| Total Gross | | | 9,925.80 | | 55,100.25 |

| Taxes | | Amount | Year To Date |
|-------|---|--------|--------------|
| Federal | Federal | | |
| TX Withholding Tax | | 794.66 | 7,263.55 |
| TX EE Social Security Tax | | 338.44 | 3,323.14 |
| TX EE Medicare Tax | | 79.16 | 777.19 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 167.58 | 1,645.48 |
| TX EE Unemployment Tax | | 3.37 | 33.06 |
| Local | Harrisburg | | |
| TX Withholding Tax | | 54.59 | 535.99 |
| TX Local Services Tax | | 5.78 | 57.80 |
| EE Taxes | | 1,443.58 | 13,636.21 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 140.29 | 1,377.48 |
| MED Buy Up/Base Cost | 12.43 | 123.74 |
| Deferred Compensation | 1,000.00 | 12,060.05 |
| Payrl Adv Recvry-BCPO | 3,737.82 | 3,737.82 |
| Short Term Dis Ins | 92.00 | 166.11 |
| Critical Illness Ins | 205.71 | 411.30 |
| Adjustment Ovpmnt Rcvry | 576.48 | 576.48 |
| PDA Union Dues | 46.15 | 461.50 |
| Roth 457 | | 14,883.86 |
| Garnish: State Tax Levy | | 1,646.34 |
| Full Cov Class A3/Cat 0 | 350.72 | 3,443.73 |
| Total Deductions | 6,161.60 | 38,888.41 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 2,320.62 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 338.44 |
| TX ER Medicare Tax | 79.16 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 50.50 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,398.39 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 4,108.06 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Angela T Walker M.D. | Personnel Number..... 00734785 |
|---|---|
| 925 County Line Rd | Labor & Industry Pyrl Area 3 |
| Bryn Mawr PA 19010 | Pay Period.. 04/25/2020 - 05/08/2020 |
| | Fed Tax Status: Single |
| | Fed Tax Allowances: 01    Period: 11/2020 |
| B/U:T4    Group:03    Level:11 | |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 05/22/2020 | 2,457.81 | = | 5,611.50 | + | 0.00 | - | 1,443.57 | - | 1,710.12 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 74.82 | 71.50 | 5,349.63 | 40,978.62 |
| Annual Leave Pay | 74.82 | 3.50 | 261.87 | 6,371.57 |
| Paid-Office Closing | | | | 9,402.89 |
| Sick Leave Pay | | | | 1,507.48 |
| FMLA/SPF Sick | | | | 256.10 |
| Holiday/Comp lieu Holiday | | | | 2,195.09 |
| Total Gross | | | 5,611.50 | 60,711.75 |

| Taxes | | Amount | Year To Date |
|---|---|---|---|
| Federal | Federal | | |
| TX Withholding Tax | | 794.66 | 8,058.21 |
| TX EE Social Security Tax | | 338.44 | 3,661.58 |
| TX EE Medicare Tax | | 79.15 | 856.34 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 167.58 | 1,813.06 |
| TX EE Unemployment Tax | | 3.37 | 36.43 |
| Local | Harrisburg | | |
| TX Withholding Tax | | 54.59 | 590.58 |
| TX Local Services Tax | | 5.78 | 63.58 |
| EE Taxes | | 1,443.57 | 15,079.78 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 140.29 | 1,517.77 |
| MED Buy Up/Base Cost | 12.43 | 136.17 |
| Deferred Compensation | 1,000.00 | 13,060.05 |
| Payrl Adv Recvry-BCPO |  | 3,737.82 |
| Short Term Dis Ins | 92.00 | 258.11 |
| Critical Illness Ins | 68.53 | 479.83 |
| Adjustment Ovpmnt Rcvry |  | 576.48 |
| PDA Union Dues | 46.15 | 507.65 |
| Roth 457 |  | 14,883.86 |
| Garnish: State Tax Levy |  | 1,646.34 |
| Full Cov Class A3/Cat 0 | 350.72 | 3,794.45 |
| Total Deductions | 1,710.12 | 40,598.53 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
|  |  |  |

| Reimbursements | Amount |
|---|---|
|  |  |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 2,457.81 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 338.44 |
| TX ER Medicare Tax | 79.15 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 50.50 |
| PR Choice PPO | 486.00 |
| ER-SERS | 1,398.39 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 4,108.06 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

```
Angela T Walker M.D.                          Personnel Number..... 00734785
925 County Line Rd                            Labor & Industry Pyrl Area 3
Bryn Mawr PA  19010                           Pay Period.. 05/09/2020 - 05/22/2020
                                              Fed Tax Status: Single
                                              Fed Tax Allowances: 01   Period: 12/2020
B/U:T4     Group:03     Level:11
```

| Pay Date | Payment Amount = | Gross | + | Reim. | − | Taxes | − | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 06/05/2020 | 2,458.28   =  | 5,611.50 | + | 0.00 | − | 1,443.57 | − | 1,709.65 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | | | Year To Date |
|-------------------|------|---------|--------|-|-|--------------|
| Normal working hours | 74.82 | 75.00 | 5,611.50 | | | 46,590.12 |
| Annual Leave Pay | | | | | | 6,371.57 |
| Paid-Office Closing | | | | | | 9,402.89 |
| Sick Leave Pay | | | | | | 1,507.48 |
| FMLA/SPF Sick | | | | | | 256.10 |
| Holiday/Comp lieu Holiday | | | | | | 2,195.09 |
| Total Gross | | | 5,611.50 | | | 66,323.25 |

| Taxes | | Amount | Year To Date |
|-------|-|--------|--------------|
| Federal | Federal | | |
| TX Withholding Tax | | 794.66 | 8,852.87 |
| TX EE Social Security Tax | | 338.45 | 4,000.03 |
| TX EE Medicare Tax | | 79.15 | 935.49 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 167.58 | 1,980.64 |
| TX EE Unemployment Tax | | 3.36 | 39.79 |
| Local | Harrisburg | | |
| TX Withholding Tax | | 54.59 | 645.17 |
| TX Local Services Tax | | 5.78 | 69.36 |
| EE Taxes | | 1,443.57 | 16,523.35 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 140.29 | 1,658.06 |
| MED Buy Up/Base Cost | 12.43 | 148.60 |
| Deferred Compensation | 1,000.00 | 14,060.05 |
| Payrl Adv Recvry-BCPO | | 3,737.82 |
| Short Term Dis Ins | 23.00 | 281.11 |
| Critical Illness Ins | 137.06 | 616.89 |
| Adjustment Ovpmnt Rcvry | | 576.48 |
| PDA Union Dues | 46.15 | 553.80 |
| Roth 457 | | 14,883.86 |
| Garnish: State Tax Levy | | 1,646.34 |
| Full Cov Class A3/Cat 0 | 350.72 | 4,145.17 |
| Total Deductions | 1,709.65 | 42,308.18 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 2,458.28 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 338.45 | |
| TX ER Medicare Tax | 79.15 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 230.00 | |
| ER Workers Comp Benefit | 50.50 | |
| PR Choice PPO | 486.00 | |
| ER-SERS | 1,398.39 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 4,108.06 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Angela T Walker M.D.<br>925 County Line Rd<br>Bryn Mawr PA  19010<br><br>B/U:T4      Group:03      Level:11 | Personnel Number..... 00734785<br>Labor & Industry Pyrl Area 3<br>Pay Period.. 05/23/2020 - 06/05/2020<br>Fed Tax Status: Single<br>Fed Tax Allowances: 01    Period: 13/2020 |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 06/19/2020 | 2,515.31    = | 5,611.50 | + | 0.00 | - | 1,443.57 | - | 1,652.62 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | | Year To Date |
|---|---|---|---|---|---|
| Normal working hours | 74.82 | 64.50 | 4,825.89 | | 51,416.01 |
| Annual Leave Pay | | | | | 6,371.57 |
| Paid-Office Closing | | | | | 9,402.89 |
| Sick Leave Pay | | | | | 1,507.48 |
| FMLA/SPF Sick | 74.82 | 3.00 | 224.46 | | 480.56 |
| Holiday/Comp lieu Holiday | 74.82 | 7.50 | 561.15 | | 2,756.24 |
| Total Gross | | | 5,611.50 | | 71,934.75 |

| Taxes | | Amount | Year To Date |
|---|---|---|---|
| Federal | Federal | | |
| TX Withholding Tax | | 794.66 | 9,647.53 |
| TX EE Social Security Tax | | 338.44 | 4,338.47 |
| TX EE Medicare Tax | | 79.15 | 1,014.64 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 167.58 | 2,148.22 |
| TX EE Unemployment Tax | | 3.37 | 43.16 |
| Local | Harrisburg | | |
| TX Withholding Tax | | 54.59 | 699.76 |
| TX Local Services Tax | | 5.78 | 75.14 |
| EE Taxes | | 1,443.57 | 17,966.92 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 140.29 | 1,798.35 |
| MED Buy Up/Base Cost | 12.43 | 161.03 |
| Deferred Compensation | 1,000.00 | 15,060.05 |
| Payrl Adv Recvry-BCPO | | 3,737.82 |
| Short Term Dis Ins | 34.50 | 315.61 |
| Critical Illness Ins | 68.53 | 685.42 |
| Adjustment Ovpmnt Rcvry | | 576.48 |
| PDA Union Dues | 46.15 | 599.95 |
| Roth 457 | | 14,883.86 |
| Garnish: State Tax Levy | | 1,646.34 |
| Full Cov Class A3/Cat 0 | 350.72 | 4,495.89 |
| Total Deductions | 1,652.62 | 43,960.80 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 2,515.31 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 338.44 | |
| TX ER Medicare Tax | 79.15 | |
| ER Basic Life | 4.16 | |
| Annuitant Med Hospital | 230.00 | |
| ER Workers Comp Benefit | 50.50 | |
| PR Choice PPO | 486.00 | |
| ER-SERS | 1,398.39 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 4,108.06 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|