**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ANGELA WALKER,    :    CHAPTER 13
:
:    CASE NO.: 20-12023
DEBTOR(S).    :

## CERTIFICATION OF SERVICE

I, Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Plan, filed on 5/20/2020, upon the following individuals listed below, by electronic means and/or first class mail on 5/22/2020.

Scott Waterman,
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606 9107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Angela Walker
925 County Line Road
Bryn Mawr, PA 19010

ALL CREDITORS ON THE MATRIX

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

Respectfully Submitted,
/s/ Michelle Lee
Michelle Lee, Esquire
Margolis Edelstein
The Curtis Center
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA 19106

{00385265;v1}