UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Angela Walker | Bankruptcy No.20-12023-AMC |
| Angela Walker | |
| Debtors | |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 3rd day of September, 2020, by first class mail upon those listed below:

Angela Walker
PO Box 585
Bryn Mawr, PA  19010

Angela Walker
MAILING ADDRESS
PO Box 585
Bryn Mawr, PA  19010

**Electronically via CM/ECF System Only:**

GEORGETTE MILLER ESQUIRE
MARGOLIS EDELSTEIN
100 CENTURY PARKWAY
SUITE 200
MT LAUREL, NJ  08054

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee