United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-12023-amc |
|---|---|
| Angela Walker | Chapter 13 |
| Angela Walker | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2021 | Form ID: 155 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | #+ | Angela Walker, Angela Walker, 925 County Line Road, Bryn Mawr, PA 19010-3102 |
| 14494784 | + | Allied Collection Svcs, 8550 Balboa Blvd, Northridge, CA 91325-3562 |
| 14496466 | + | CSMC 2019-RPL7 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14514343 | | CSMC 2019-RPL7 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14496599 | + | CSMC 2019-RPL7 Trust, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14494791 | + | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 14494793 | | US attorney's office - eastern district, 615 Chestnut Street, 12 floor, Philadelphia, PA 19106 |
| 14494792 | + | Universal Payment Corp, 931 Penn Ave, Pittsburgh, PA 15222-3837 |
| 14494794 | | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 14494795 | + | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14498255 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2021 04:39:24 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14494785 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 01 2021 05:39:00 | Citadel Federal Cred U, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 14511798 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 01 2021 05:39:00 | Citadel Federal Credit Union, ATTN: COLLECTIONS, 520 EAGLEVIEW BLVD, EXTON, PA 19341-1119 |
| 14494788 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 01 2021 05:39:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14494789 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 01 2021 05:39:00 | PA Department of Revenue, Bureau of Compliance, Lien Section, Harrisburg, PA 17128-0001 |
| 14494790 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 01 2021 05:39:00 | pa department of revenue, bankruptcy division, po bo 280946, Harrisburg, PA 17128-0946 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14494786 | *+ | Citadel Federal Cred U, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 14494787 | * | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 31, 2021 | Form ID: 155 | Total Noticed: 16

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Angela Walker jcarlson@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;csmith@margolisedelstein.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor CSMC 2019-RPL7 Trust bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Angela Walker
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−12023−amc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 31st day of March 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

53 − 46
Form 155