| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-12023-AMC

| | |
|---|---|
| Angela Walker | Petition Filed Date: 04/16/2020 |
| Angela Walker | 341 Hearing Date: 06/26/2020 |
| PO Box 585 | Confirmation Date: 03/31/2021 |
| Bryn Mawr  PA      19010 | |

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $650.00 | | 05/11/2021 | $650.00 | | 06/11/2021 | $650.00 | |
| 07/13/2021 | $650.00 | | 08/11/2021 | $650.00 | | 09/14/2021 | $650.00 | |
| 09/22/2021 | $650.00 | | 10/12/2021 | $650.00 | | 11/16/2021 | $650.00 | |
| 12/13/2021 | $650.00 | | 01/12/2022 | $650.00 | | 02/15/2022 | $650.00 | |
| 03/14/2022 | $650.00 | | 04/12/2022 | $650.00 | | 05/12/2022 | $650.00 | |
| 05/20/2022 | $230.00 | | 06/13/2022 | $880.00 | | 07/12/2022 | $880.00 | |

**Total Receipts for the Period: $11,740.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $17,590.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $9,300.00 | $0.00 | $9,300.00 |
| 1 | UNITED STATES TREASURY (IRS) »» 02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS) »» 02P | Priority Crediors | $34,418.22 | $6,625.87 | $27,792.35 |
| 3 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $16,694.51 | $0.00 | $16,694.51 |
| 4 | CACH, LLC »» 001 | Unsecured Creditors | $373.11 | $0.00 | $373.11 |
| 5 | PA DEPARTMENT OF REVENUE »» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE »» 03P | Priority Crediors | $963.19 | $185.43 | $777.76 |
| 7 | PA DEPARTMENT OF REVENUE »» 03U | Unsecured Creditors | $182.20 | $0.00 | $182.20 |
| 8 | CITADEL FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $13.12 | $0.00 | $13.12 |
| 9 | SELECT PORTFOLIO SERVICING INC »» 006 | Mortgage Arrears | $415.91 | $0.00 | $415.91 |
| 10 | CITADEL FEDERAL CREDIT UNION »» 04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CITADEL FEDERAL CREDIT UNION »» 04U | Unsecured Creditors | $7,665.35 | $0.00 | $7,665.35 |

**Chapter 13 Case No. 20-12023-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| Total Receipts: | $17,590.00 | Current Monthly Payment: | $800.00 |
|---|---|---|---|
| Paid to Claims: | $6,811.30 | Arrearages: | ($290.00) |
| Paid to Trustee: | $1,478.70 | Total Plan Base: | $50,100.00 |
| Funds on Hand: | $9,300.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.