| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-12023-AMC

| | |
|---|---|
| Angela Walker | Petition Filed Date: 04/16/2020 |
| Angela Walker | 341 Hearing Date: 06/26/2020 |
| PO Box 585 | Confirmation Date: 03/31/2021 |
| Bryn Mawr  PA    19010 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2022 | $880.00 | | 09/13/2022 | $880.00 | | 10/14/2022 | $880.00 | |
| 11/15/2022 | $880.00 | | 12/12/2022 | $880.00 | | 01/12/2023 | $880.00 | |
| 02/14/2023 | $880.00 | | 03/13/2023 | $880.00 | | 04/12/2023 | $880.00 | |
| 05/12/2023 | $880.00 | | 06/12/2023 | $880.00 | | 07/12/2023 | $880.00 | |

**Total Receipts for the Period: $10,560.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $28,150.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $9,300.00 | $0.00 | $9,300.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 02P | Priority Creditors | $34,418.22 | $16,042.35 | $18,375.87 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 02U | Unsecured Creditors | $16,694.51 | $0.00 | $16,694.51 |
| 4 | CACH, LLC<br>»» 001 | Unsecured Creditors | $373.11 | $0.00 | $373.11 |
| 5 | PA DEPARTMENT OF REVENUE<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Creditors | $963.19 | $448.95 | $514.24 |
| 7 | PA DEPARTMENT OF REVENUE<br>»» 03U | Unsecured Creditors | $182.20 | $0.00 | $182.20 |
| 8 | CITADEL FEDERAL CREDIT UNION<br>»» 005 | Unsecured Creditors | $13.12 | $0.00 | $13.12 |
| 9 | SELECT PORTFOLIO SERVICING INC<br>»» 006 | Mortgage Arrears | $415.91 | $0.00 | $415.91 |
| 10 | CITADEL FEDERAL CREDIT UNION<br>»» 04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CITADEL FEDERAL CREDIT UNION<br>»» 04U | Unsecured Creditors | $7,665.35 | $0.00 | $7,665.35 |

**Chapter 13 Case No. 20-12023-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,150.00 | Current Monthly Payment: | $800.00 |
| Paid to Claims: | $16,491.30 | Arrearages: | ($1,250.00) |
| Paid to Trustee: | $2,358.70 | Total Plan Base: | $50,100.00 |
| Funds on Hand: | $9,300.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.