**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13 BANKRUPTCY** |
| | ) | |
| **Angela Walker** | ) | |
| | ) | |
| **DEBTOR(S)** | ) | Bankruptcy Case No. 20-12023 |

**NOTICE**

Debtor, Angela Walker, have filed the attached Motion to Sell with this Court. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you want the court to consider your views on the Motion, then on or before June 26, 2024 you or your attorney must: File with the court a written response at:

U.S. Bankruptcy Court
900 Market Street
Philadelphia, PA  19107
Attn: Bankruptcy Clerk

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  You must mail a copy to:

Michelle Lee, Esquire
Dilworth Paxson LLP
1500 Market Street, Ste. 3500E
Philadelphia, PA 19102

You or your attorney must attend the hearing scheduled for **July 10, 2024 at 11:00 AM**. **via TELEPHONE CONFERENCE**. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  June 14, 2024                        /s/ Michelle Lee

Michelle Lee, Esq.
Dilworth Paxson LLP
1500 Market Street, Ste. 3500E
Philadelphia, PA 19102