**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Angela Walker, | : | Chapter 13 |
| Debtor | : | Bankruptcy No. 20-12023 |

**ORDER**

**AND NOW,** this 10th day of July, 2024, upon consideration of the Motion to Sell filed by Debtor, upon Notice to all interested parties, and after a hearing, it is hereby

**ORDERED** that Angela Walker, Debtor (Seller), is authorized to sell <u>925 County Line Road, Bryn Mawr, PA 19010</u> to Omid Niknam and Rachel Niknam (Buyers) for the purchase price of approximately $320,000.00.

The <u>Title Clerk</u> is authorized to distribute the proceeds to the sale, including any funds held as a deposit made by or on behalf of the Buyer, directly to the below listed individuals in the following, **approximate** manner:

| | | |
|---|---|---|
| 1. | **Ordinary and reasonable settlement costs, including those related to notary services, deed preparation, disbursements, express shipping and any other such routine matters** | **$290.00** |
| 2. | **Real estate taxes, sewer, trash and/or other such items** | **$3,535.82** |
| 3. | **Recording and Transfer Charges** | **$3,200.00** |
| 4. | **Real estate commission, at no greater than 6%** | **$16,000.00** |
| 5. | **Attorney's Fees** | **$5000.00** |
| 6. | **Select Portfolio and/or First Mortgage** | **$105,344.29** |
| 7. | **Internal Revenue Service (IRS)** | **$88,930.12** |
| 8. | **Pennsylvania Department of Revenue (remaining balance of priority and general unsecured claim POC 3)** | **$458.80** |

| | | |
|---|---|---|
| 9. | **Rent Proration** | **$1450.00** |
| 10. | **Scott Waterman, Standing Trustee** | **$20,011.93** |
| | **Approximate Total:** | **$248,930.96** |

The remaining funds of approximately $71,069.04 shall be payable to Debtor pursuant to the terms of the sales contract.

Upon receipt of payment, any secured creditor(s) shall withdraw or amend their proof of claim within 30 days.

Within five (5) days of closing, the title clerk shall fax a completed HUD-1 or settlement sheet to the Chapter 13 Trustee, Scott F. Waterman, at 610-779-3637. In addition, the title clerk shall immediately transmit the actual disbursement check to the trustee by overnight courier, Scott F. Waterman, Trustee, 2901 St. Lawrence Avenue, Suite 100, Reading, PA 19606.

The stay provided by Fed. R. Bankr. P. 6004(h) is WAIVED.

_____

Chief Judge Ashely Chan