United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12023-amc |
| Angela Walker | Chapter 13 |
| Angela Walker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 17, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Walker, MAILING ADDRESS, PO Box 585, Bryn Mawr, PA 19010-0585 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor CSMC 2019-RPL7 Trust bkgroup@kmllawgroup.com |
| MICHELLE LEE | on behalf of Debtor Angela Walker bky@dilworthlaw.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re: Angela Walker,** | : | **Chapter 13** |
| **Debtor** | : | **Bankruptcy No. 20-12023** |

**ORDER**

**AND NOW,** this 17th day of July, 2024, upon consideration of the Motion to Sell filed by Debtor, upon Notice to all interested parties, and after a hearing, it is hereby

**ORDERED** that Angela Walker, Debtor (Seller), is authorized to sell <u>925 County Line Road, Bryn Mawr, PA 19010</u> to Omid Niknam and Rachel Niknam (Buyers) for the purchase price of approximately $320,000.00.

The <u>Title Clerk</u> is authorized to distribute the proceeds to the sale, including any funds held as a deposit made by or on behalf of the Buyer, directly to the below listed individuals in the following, **approximate** manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including those related to notary services, deed preparation, disbursements, express shipping and any other such routine matters | $290.00 |
| 2. | Real estate taxes, sewer, trash and/or other such items | $3,535.82 |
| 3. | Recording and Transfer Charges | $3,200.00 |
| 4. | Real estate commission, at no greater than 6% | $16,000.00 |
| 5. | Attorney's Fees | $5000.00 |
| 6. | Select Portfolio and/or First Mortgage | $105,344.29 |
| 7. | Internal Revenue Service (IRS) | $88,930.12 |
| 8. | Pennsylvania Department of Revenue (remaining balance of priority and general unsecured claim POC 3) | $458.80 |

| | | |
|---|---|---|
| 9. | Rent Proration | $1450.00 |
| 10. | Scott Waterman, Standing Trustee | $20,011.93 |
| | Approximate Total: | $248,930.96 |

The remaining funds of approximately $71,069.04 shall be payable to Debtor pursuant to the terms of the sales contract.

Upon receipt of payment, any secured creditor(s) shall withdraw or amend their proof of claim within 30 days.

Within five (5) days of closing, the title clerk shall fax a completed HUD-1 or settlement sheet to the Chapter 13 Trustee, Scott F. Waterman, at 610-779-3637.  In addition, the title clerk shall immediately transmit the actual disbursement check to the trustee by overnight courier, Scott F. Waterman, Trustee, 2901 St. Lawrence Avenue, Suite 100, Reading, PA 19606.

The stay provided by Fed. R. Bankr. P. 6004(h) is WAIVED.

_____
Chief Judge Ashely Chan