UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                     CASE NO.: 20-12023
                                                                                                             CHAPTER 13

**Angela Walker,**
   **Debtor.**

**Angela Walker,**
   **Joint Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of CSMC 2019-RPL7 TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                                     Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                     Attorney for Secured Creditor
                                                     13010 Morris Rd., Suite 450
                                                     Alpharetta, GA  30004
                                                     Telephone: 470-321-7112
                                                     Facsimile: 404-393-1425

                                                     By: /s/Michelle L. McGowan, Esq.
                                                          Michelle L. McGowan, Esq.
                                                          Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 29, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ANGELA WALKER
925 COUNTY LINE ROAD
BRYN MAWR, PA 19010

ANGELA WALKER
MAILING ADDRESS PO BOX 585
BRYN MAWR, PA 19010

And via electronic mail to:

DILWORTH PAXSON
1500 MARKET STREET
SUITE3500E
PHILADELPHIA, PA 19102


SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Amber Matas