Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 20-12023-AMC**

Angela Walker  
Angela Walker  
PO Box 585  
Bryn Mawr  PA   19010

Petition Filed Date: 04/16/2020  
341 Hearing Date: 06/26/2020  
Confirmation Date: 03/31/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | $880.00 | | 09/13/2023 | $880.00 | | 10/16/2023 | $880.00 | |
| 11/13/2023 | $880.00 | | 12/12/2023 | $880.00 | | 01/12/2024 | $880.00 | |
| 02/13/2024 | $880.00 | | 03/12/2024 | $880.00 | | 04/12/2024 | $880.00 | |
| 05/13/2024 | $880.00 | | 06/12/2024 | $880.00 | | 07/12/2024 | $880.00 | |

**Total Receipts for the Period:  $10,560.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $39,590.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | GEORGETTE MILLER ESQUIRE | Attorney Fees | $9,300.00 | $0.00 | $9,300.00 |
| 1 | UNITED STATES TREASURY (IRS) »» 02S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | UNITED STATES TREASURY (IRS) »» 02P | Priority Creditors | $34,418.22 | $24,534.31 | $9,883.91 |
| 3 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $16,694.51 | $0.00 | $16,694.51 |
| 4 | CACH, LLC »» 001 | Unsecured Creditors | $373.11 | $0.00 | $373.11 |
| 5 | PA DEPARTMENT OF REVENUE »» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE »» 03P | Priority Creditors | $963.19 | $686.59 | $276.60 |
| 7 | PA DEPARTMENT OF REVENUE »» 03U | Unsecured Creditors | $182.20 | $0.00 | $182.20 |
| 8 | CITADEL CREDIT UNION »» 005 | Unsecured Creditors | $13.12 | $0.00 | $13.12 |
| 9 | SELECT PORTFOLIO SERVICING INC »» 006 | Mortgage Arrears | $415.91 | $0.00 | $415.91 |
| 10 | CITADEL CREDIT UNION »» 04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CITADEL CREDIT UNION »» 04U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | MICHELLE LEE ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | MICHELLE LEE ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 20-12023-AMC

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,590.00 | Current Monthly Payment: | $860.00 |
| Paid to Claims: | $25,220.90 | Arrearages: | ($1,570.00) |
| Paid to Trustee: | $3,485.10 | Total Plan Base: | $50,100.00 |
| Funds on Hand: | $10,884.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.