**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Angela Walker | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 20-12023 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on December 17, 2024, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated: December 31, 2024          /s/ Michelle Lee, Esq.
                                  Dilworth Paxson LLP
                                  1650 Market Street, Suite 1200
                                  Philadelphia, PA 19103