## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Anglea Walker** | **:** | **CHAPTER 13** |
| | **:** | |
| **DEBTOR(S),** | **:** | **CASE NO. 20-12023** |

### PRAECIPE TO WITHDRAW

To the Clerk,

Kindly withdraw Debtor's Application for Compensation filed on December 31, 2024,

docket number 77.

Dated: January 2, 2025          Respectfully Submitted,

/s/ Michelle Lee

Michelle Lee, Esq.
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103

{00362533;v1}