### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angela Walker and Angela Walker

        Debtor(s)
                          Case No: 20−12023−amc

                          Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Application for Compensation filed by Debtor Angela Walker

        on: 2/12/25

        at: 10:00 AM

        in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

                                For The Court

Date:  1/23/25

                                Timothy B. McGrath
                                Clerk of Court