United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12023-amc |
| Angela Walker | Chapter 13 |
| Angela Walker | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 23, 2025 | Form ID: 167 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Walker, MAILING ADDRESS, PO Box 585, Bryn Mawr, PA 19010-0585 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

**Name**                              **Email Address**

ANN E. SWARTZ
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com

DENISE ELIZABETH CARLON
    on behalf of Creditor CSMC 2019-RPL7 Trust bkgroup@kmllawgroup.com

MICHELLE LEE
    on behalf of Debtor Angela Walker bky@dilworthlaw.com

MICHELLE L. MCGOWAN
    on behalf of Creditor CSMC 2019-RPL7 Trust mimcgowan@raslg.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 23, 2025 | Form ID: 167 | Total Noticed: 1 |

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angela Walker and Angela Walker
    Debtor(s)

Case No: 20−12023−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Application for Compensation filed by Debtor Angela Walker

on: 2/12/25

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 1/23/25

For The Court

Timothy B. McGrath
Clerk of Court

82 − 81
Form 167