United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12023-amc |
| Angela Walker | Chapter 13 |
| Angela Walker | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 17, 2025 | Form ID: 138OBJ | Total Noticed: 20 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Walker, MAILING ADDRESS, PO Box 585, Bryn Mawr, PA 19010-0585 |
| db | + | Angela Walker, 925 County Line Road, Bryn Mawr, PA 19010-3102 |
| 14496599 | + | CSMC 2019-RPL7 Trust, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14494793 | | US attorney's office - eastern district, 615 Chestnut Street, 12 floor, Philadelphia, PA 19106 |
| 14494792 | + | Universal Payment Corp, 931 Penn Ave, Pittsburgh, PA 15222-3837 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 18 2025 02:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2025 02:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14498255 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 02:35:03 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14910470 | + | Email/Text: RASEBN@raslg.com | Apr 18 2025 02:27:00 | CSMC 2019-RPL7 Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14496466 | ^ | MEBN | Apr 18 2025 02:24:42 | CSMC 2019-RPL7 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14514343 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 18 2025 02:28:00 | CSMC 2019-RPL7 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14910617 | + | Email/Text: RASEBN@raslg.com | Apr 18 2025 02:27:00 | CSMC 2019-RPL7 Trust, c/o MICHELLE L. MCGOWAN, Robertson, Anschutz, Schneid, Crane &, Partners PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14494785 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 18 2025 02:28:00 | Citadel Federal Cred U, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 14511798 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 18 2025 02:28:00 | Citadel Federal Credit Union, ATTN: COLLECTIONS, 520 EAGLEVIEW BLVD, EXTON, PA 19341-1119 |
| 14494788 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 18 2025 02:27:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14494789 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2025 02:27:00 | PA Department of Revenue, Bureau of Compliance, Lien Section, Harrisburg, PA 17128-0001 |
| 14494791 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 18 2025 02:28:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14494794 |   | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 18 2025 02:28:00 | Us Bank, Cb Disputes, Saint Louis, MO 63166 |
| 14494795 | ^ | MEBN | Apr 18 2025 02:24:33 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14494790 |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2025 02:27:00 | pa department of revenue, bankruptcy division, po bo 280946, Harrisburg, PA 17128-0946 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14494786 | *+ | Citadel Federal Cred U, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 14494787 | * | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14494784 | ##+ | Allied Collection Svcs, 8550 Balboa Blvd, Northridge, CA 91325-5806 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CSMC 2019-RPL7 Trust bkgroup@kmllawgroup.com |
| MICHELLE LEE | on behalf of Debtor Angela Walker bky@dilworthlaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor CSMC 2019-RPL7 Trust mimcgowan@raslg.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Apr 17, 2025 Form ID: 138OBJ Total Noticed: 20
TOTAL: 7

*Form 138OBJ* (6/24)−doc 94 − 93

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Angela Walker | ) | Case No. 20−12023−amc |
| | ) | |
| | ) | |
|   Angela Walker | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 17, 2025

For The Court

Timothy B. McGrath
Clerk of Court